**15-25-00060-CV**

TRIAL COURT CAUSE NO. __24-BC11A-002__

§
§           IN THE BUSINESS COURT
§
§                OF TEXAS
§
§           DIVISION 11A

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
4/22/2025 8:20:36 AM
CHRISTOPHER A. PRINE
Clerk

## BUSINESS COURT CLERK'S INFORMATION SHEET

THE FOLLOWING INFORMATION HAS BEEN COMPILED BY THE BUSINESS COURT CLERKS OFFICE:

Date of order appealed: ____April 2, 2025_____

Type of Order (Interlocutory or Final): ___Interlocutory_____

Date Motion for New Trial Filed:_____

Request for Findings of Fact and Conclusions of Law filed: _____

Date Notice of Appeal Filed: _April 21, 2025_____

Name of judge who entered judgment:_____Sofia Adrogué_____ _____

Name of court reporter:___Gina Jackson_____

      Address of court reporter:____4555 Wonder Hill Rd., Chappell Hill, Texas 77426____

Name of attorney on appeal: ___Audrey Mullert Vicknair_____ SB#: _14650500_____

      Attorney Address:_800 N. Shoreline Blvd., Suite 2000S, Corpus Christi, Texas 78401

      Attorney E-Mail Address: __avicknair@vicknairlaw.com_____

      Attorney on appeal (check applicable box):

          ☐ appointed       x retained       ☐ Pro Se

Name of Appellee's Attorney: ___Alistair B. Dawson_____

      Attorney Address: __1221 McKinney St., Ste. 4500, Houston, Texas 77010_____

      Attorney E-Mail Address: _adawson@beckredden.com_____

**Send Information Sheet, Notice of Appeal and Motion for New Trial (if filed) to:**

Fifteenth Court of Appeals via TAMES

Court Reporter via E-Mail

On____April 22, 2025_____         By: ___BC__(clerk's initials)

E-filed in the Office of the Clerk
for the Business Court of Texas
4/21/2025 5:53 PM
Accepted by: Alexis Jennings
Case Number: 24-BC11A-0025

The Business Court of Texas
Eleventh Division

| | | |
|---|---|---|
| Albert Theodore Powers; Allied Ports LLC, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Cause No. 24-BC11A-0025 |
| Allen Lawrence Berry; Marvin Glenn Berry; and Bonnie Berry as successor in interest to Dennis Wayne Berry, | § § § § | |
| Defendants. | § | |

## NOTICE OF APPEAL

COME NOW Marvin Glenn Berry and Bonnie Berry as successor in interest to Dennis Wayne Berry, both of whom are Defendants/Appellants and both of whom file this Notice of Appeal pursuant to Tex. R. App. P. 25, 26. These Defendants desire to appeal from the Order Granting Temporary Injunction issued on April 2, 2025 by the Business Court of Texas, Eleventh Division. This appeal is to be taken to the Fifteenth Court of Appeals.

This appeal is accelerated pursuant to Tex. Civ. Prac. & Rem. Code section 51.014 and Tex. R. App. P. 26.1(b). This is not a parental termination or child protection case or an appeal from an order certifying a child to stand trial as an adult. Tex. R. App. P. 25.1(d)(6).

1

Respectfully submitted,

/s/ Audrey Mullert Vicknair
Audrey Mullert Vicknair
State Bar No. 14650500
Law Office of Audrey Mullert Vicknair
800 N. Shoreline Blvd., Suite 2000S
Corpus Christi, Texas 78401
(361) 884-5400; (361) 884-5401 (fax)
avicknair@vicknairlaw.com


LAW OFFICES OF DOUGLAS ALLISON
 403 N. Tancahua Street
 Corpus Christi, Texas 78401
 T: 361-888-6002
 F: 361-888-6651
 E: doug@dallisonlaw.com

BY: /s/ Douglas A. Allison
 Douglas A. Allison
 State Bar No. 01083500

 ROBERTS MARKLAND LLP
 2555 N MacGregor Way
 Houston, Texas 77004
 E: vg@robertsmarkland.com

BY: /s/ Vanessa D. Gilmore
 VANESSA D. GILMORE
 State Bar No. 07960010

*Counsel for Marvin Glenn Berry and Bonnie Berry
as successor in interest to Dennis Wayne Berry*

# CERTIFICATE OF SERVICE

I certify that on this 21st day of April, 2025, a true and correct copy of the foregoing Notice of Appeal was served on all of those named below in the manner indicated:

## *Via E-File and E-Service*

Alistair B. Dawson
Jake McClellan
Madeline Gay
Beck Redden
E-mail: adawson@beckredden.com

Roland Garcia
Greenberg Traurig
E-mail: garciar@gtlaw.com

*Counsel for Plaintiffs*

Barrett Reasoner
Gibbs & Bruns
E-mail: breasoner@gibbsbruns.com

*Counsel for Lawrence Berry*

## *Via email:*
Gina Jackson, CSR
Official Court Reporter
11th Business District Court
Harris County, Texas
Gina.jackson@txcourts.gov

Mary Kai Brandenburg
Deputy Court Reporter
District Courts
Houston, TX 77002
marykaicr@gmail.com

/s/ *Audrey Mullert Vicknair*
Audrey Mullert Vicknair

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Audrey Vicknair
Bar No. 14650500
avicknair@vicknairlaw.com
Envelope ID: 99907635
Filing Code Description: Notice of Appeal
Filing Description: Notice of Appeal
Status as of 4/22/2025 7:33 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Barrett H.Reasoner | | breasoner@gibbsbruns.com | 4/21/2025 5:53:50 PM | SENT |
| Michael R.Absmeier | | mabsmeier@gibbsbruns.com | 4/21/2025 5:53:50 PM | SENT |
| Stephanie Sanchez | | sanchezst@gtlaw.com | 4/21/2025 5:53:50 PM | SENT |
| Rosa Brennan | | rbrennan@gibbsbruns.com | 4/21/2025 5:53:50 PM | SENT |
| Douglas Allison | 1083500 | doug@dallisonlaw.com | 4/21/2025 5:53:50 PM | SENT |
| Alistair Dawson | 5596100 | adawson@beckredden.com | 4/21/2025 5:53:50 PM | SENT |
| Roland Garcia | 7645250 | garciar@gtlaw.com | 4/21/2025 5:53:50 PM | SENT |
| Michael Hummell | 10271100 | hummellm@bayltd.com | 4/21/2025 5:53:50 PM | SENT |
| Mary Raffetto | | mkraffetto@beckredden.com | 4/21/2025 5:53:50 PM | SENT |
| Michael McClellan | 24109525 | jmcclellan@beckredden.com | 4/21/2025 5:53:50 PM | SENT |
| Roxanne Graham | | rgraham@gibbsbruns.com | 4/21/2025 5:53:50 PM | SENT |
| Christina Pena | | cpena@gibbsbruns.com | 4/21/2025 5:53:50 PM | SENT |
| Kim Brunkenhoefer | | kim@dallisonlaw.com | 4/21/2025 5:53:50 PM | SENT |
| Susan Gonzales | | susan@dallisonlaw.com | 4/21/2025 5:53:50 PM | SENT |
| Bruce Baldree | | bbaldree@gibbsbruns.com | 4/21/2025 5:53:50 PM | SENT |
| Sydney Ballesteros | | sballesteros@gibbsbruns.com | 4/21/2025 5:53:50 PM | SENT |
| Cameron Roth | | CRoth@gibbsbruns.com | 4/21/2025 5:53:50 PM | SENT |
| Becky Young | | Becky.Young@gtlaw.com | 4/21/2025 5:53:50 PM | SENT |
| Madeline Gay | | mgay@beckredden.com | 4/21/2025 5:53:50 PM | SENT |
| Business Court 11A | | BCDivision11A@txcourts.gov | 4/21/2025 5:53:50 PM | SENT |
| Liz Poirrier | | epoirrier@beckredden.com | 4/21/2025 5:53:50 PM | SENT |
| Vanessa Gilmore | | vg@robertsmarkland.com | 4/21/2025 5:53:50 PM | SENT |

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Audrey Vicknair
Bar No. 14650500
avicknair@vicknairlaw.com
Envelope ID: 99907635
Filing Code Description: Notice of Appeal
Filing Description: Notice of Appeal
Status as of 4/22/2025 7:33 AM CST

Case Contacts

| | | | | |
|---|---|---|---|---|
| Vanessa Gilmore | | vg@robertsmarkland.com | 4/21/2025 5:53:50 PM | SENT |
| Liz Poirrier | | epoirrier@beckredden.com | 4/21/2025 5:53:50 PM | SENT |
| Steven Higginbotham | | higginbothams@gtlaw.com | 4/21/2025 5:53:50 PM | SENT |
| Audrey Vicknair | | avicknair@vicknairlaw.com | 4/21/2025 5:53:50 PM | SENT |



**THE BUSINESS COURT OF TEXAS**
**ELEVENTH DIVISION**

| | | |
|---|---|---|
| Albert Theodore Powers; Allied Ports LLC, | § § § § § | |
| *Plaintiffs,* | § | |
| v. | § § § | Cause No. 24-BC11A-0025 |
| Allen Lawrence Berry; Marvin Glenn Berry; and Bonnie Berry as successor in interest to Dennis Wayne Berry, | § § § § | |
| *Defendants.* | § § | |

## ORDER GRANTING TEMPORARY INJUNCTION

On January 29–30, February 14 and 24, 2025, came to be heard Plaintiffs' Verified Third Amended Petition and Application for Temporary Restraining Order and Temporary Injunction, and Plaintiffs' Verified Fourth Amended Petition and Application for Temporary Restraining Order and Temporary Injunction (collectively, "Plaintiffs' Application"). At this juncture, having considered Plaintiffs' Application; Plaintiffs' Brief in Support of Temporary Injunction; Defendant Lawrence Berry's Temporary Injunction Brief; Defendants' Temporary Injunction Closing Brief; Plaintiffs' Proposed Order Granting Temporary Injunction; Marty/Bonnie Objections to Plaintiffs' Proposed Order;

1

Marty/Bonnie Supplemental Objections to Plaintiffs' Proposed Order; Plaintiffs' Response to Marty Berry and Bonnie Berry's Objections to Plaintiffs' Proposed Order; the evidence presented; the arguments of counsel; and the current status of the law, the Court finds that the temporary injunction requested in Plaintiffs' Application should be **GRANTED**.

The Court finds that Plaintiffs have demonstrated a probable right to relief on their declaratory judgment claims. Plaintiffs have also established that, absent a temporary injunction, there will be probable, imminent and irreparable injury in the interim. Under Texas law, the loss of management rights in a company constitutes irreparable injury. *Cheniere Energy, Inc. v. Parallax Enters. LLC*, 585 S.W.3d 70, 83 (Tex. App.—Houston [14th Dist.] 2019, pet. dism'd). As both the First and Fourteenth Courts of Appeals have articulated, "the loss of management rights over a company are unique, irreplaceable, and 'cannot be measured by any certain pecuniary standard.'" *Id.* (quoting *Sonwalkar v. St. Luke's Sugar Land P'ship, L.L.P.*, 394 S.W.3d 186, 201 (Tex. App.—Houston [1st Dist.] 2012, no pet.)).

At the four-day hearing on this matter, the testimony confirmed that Defendants Marty and Bonnie seek to terminate and assume Plaintiffs' management rights in Axis Midstream Holdings, LLC ("Axis") and the Lone Star Ports Project ("Project") without authority. Thus, if Defendants are not restrained, Plaintiffs will be irreparably harmed by the loss of management rights in Axis and the Project. In sum, if Defendants and their employees, agents, representatives, and any others acting on their behalf or in active concert with them are not temporarily enjoined as described herein, Plaintiffs face probable, imminent, and irreparable injury in the interim.

2

It is, therefore, **ORDERED** that, while this action is pending and until further order of the Court, Defendants, their employees, agents, representatives, and any others acting on their behalf or in active concert with them are **HEREBY ENJOINED** from taking any of the following actions unless expressly permitted by this Court to do so:

A. Holding any meetings or taking any action for or on behalf of Axis unless called by or approved by the Manager Lone Star Ports Enterprises, LLC;

B. Changing, altering, or transferring in any way the permit (SWG-2018-00789) issued to Axis;[1]

C. Changing, altering, or transferring in any way the ownership, management, or tangible or intangible rights of Lone Star Ports Holdings, LLC, Lone Star Ports Ventures, LLC, Lone Star Ports Enterprises, LLC, Midway Junction Properties, LLC, Redfish Bay Properties, LLC, Harbor Island Properties, LLC, Lone Star Ports, LLC and/or Axis, except as provided in the governing operating agreement for the respective entity;

D. Holding any meetings that in any way seek to affect the management or ownership interest of Powers or Allied Ports, LLC in the Project or in any of following entities: Lone Star Ports Holdings, LLC, Lone Star Ports Ventures, LLC, Lone Star Ports Enterprises, LLC, Midway Junction Properties, LLC, Redfish Bay Properties, LLC, Harbor Island Properties, LLC, Lone Star Ports, LLC and/or Axis, except as provided in the governing operating agreement for the respective entity; and

E. Taking any action that would impact or affect Powers' or Allied Ports, LLC's ownership interest in the Project that is the subject of this lawsuit or in any of the following entities: Lone Star Ports Holdings, LLC, Lone Star Ports Ventures, LLC, Lone Star Ports Enterprises, LLC, Midway Junction Properties, LLC,

---

[1] The Court is aware that this aspect of the relief sought would be seemingly agreed if it was mutual as to all parties. *See* Marty/Bonnie Suppl. Objs. to Pls.' Proposed Order at 3 ("As such, M/B Berry have no objection to this particular request for injunctive relief – and only request that such injunctive relief be *mutual in all respects* (applying to all litigants [in] this cause)." (footnote omitted) (emphasis in original)); *see also* Def. Lawrence Berry's Temporary Inj. Br. at 1 ("Lawrence does not oppose this injunctive relief . . . ."); and Pls.' Resp. to Marty Berry and Bonnie Berry's Objs. To Pls.' Proposed Order at 8 ("Finally, Marty and Bonnie state that they do not object to the Court entering a temporary injunction which enjoins the changing, altering, or transferring in any way the permit issued to Axis, as long as it is 'mutual in all respects.' . . . Plaintiffs welcome agreement on that issue."). Of course, the parties may opt to execute a Rule 11 agreement on this matter, as reciprocal relief is not properly before the Court.

Redfish Bay Properties, LLC, Harbor Island Properties, LLC, Lone Star Ports, LLC and/or Axis, except as provided in the governing operating agreement for the respective entity.

It is further **ORDERED** that trial on the merits with respect to the ultimate relief sought shall begin on September 15, 2025, at 9:00 A.M. CST in the courtroom of the Eleventh Division of the Texas Business Court at 201 Caroline St., Houston, TX 77002, or at such other date, time, and place as the Court may subsequently designate by written order.

This Temporary Injunction shall not be effective unless and until Plaintiff executes and files with the Court a bond, in conformity with the law, in the amount of $10,000, which bond may also be in the form of a deposit of a negotiable obligation of any bank or savings and loan association chartered by the government of the United States of America or any state thereof that is insured by the government of the United States of America or any agency thereof, pursuant to Texas Rule of Civil Procedure 14(c).

Finally, it is **ORDERED** that the previously paid $500 bond already deposited as security for the previous Temporary Restraining Order shall be returned to Plaintiffs by check made payable to Beck Redden LLP and delivered to Alistair B. Dawson at Beck Redden LLP. Accordingly, on execution and filing by Plaintiffs of the bond in the amount of $10,000, and on approving the same according to the law, the Clerk of the Court is hereby directed to issue a Writ of Injunction for service to all parties with notice to appear at said trial.

All other relief sought at the temporary injunction hearing not granted in this Order is hereby expressly denied.

4

SO ORDERED.

SIGNED: _5:23_ P.M. CST, April 2, 2025

Hon. Sofia Adrogué
Texas Business Court, Eleventh Division

5

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 99212593
Filing Code Description: No Fee Documents
Filing Description:
Status as of 4/3/2025 7:09 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Barrett H.Reasoner | | breasoner@gibbsbruns.com | 4/2/2025 5:41:34 PM | SENT |
| Michael R.Absmeier | | mabsmeier@gibbsbruns.com | 4/2/2025 5:41:34 PM | SENT |
| Stephanie Sanchez | | sanchezst@gtlaw.com | 4/2/2025 5:41:34 PM | SENT |
| Rosa Brennan | | rbrennan@gibbsbruns.com | 4/2/2025 5:41:34 PM | SENT |
| Douglas Allison | 1083500 | doug@dallisonlaw.com | 4/2/2025 5:41:34 PM | SENT |
| Alistair Dawson | 5596100 | adawson@beckredden.com | 4/2/2025 5:41:34 PM | SENT |
| Roland Garcia | 7645250 | garciar@gtlaw.com | 4/2/2025 5:41:34 PM | SENT |
| Michael Hummell | 10271100 | hummellm@bayltd.com | 4/2/2025 5:41:34 PM | SENT |
| Mary Raffetto | | mkraffetto@beckredden.com | 4/2/2025 5:41:34 PM | SENT |
| Michael McClellan | 24109525 | jmcclellan@beckredden.com | 4/2/2025 5:41:34 PM | SENT |
| Roxanne Graham | | rgraham@gibbsbruns.com | 4/2/2025 5:41:34 PM | SENT |
| Christina Pena | | cpena@gibbsbruns.com | 4/2/2025 5:41:34 PM | SENT |
| Kim Brunkenhoefer | | kim@dallisonlaw.com | 4/2/2025 5:41:34 PM | SENT |
| Susan Gonzales | | susan@dallisonlaw.com | 4/2/2025 5:41:34 PM | SENT |
| Bruce Baldree | | bbaldree@gibbsbruns.com | 4/2/2025 5:41:34 PM | SENT |
| Sydney Ballesteros | | sballesteros@gibbsbruns.com | 4/2/2025 5:41:34 PM | SENT |
| Cameron Roth | | CRoth@gibbsbruns.com | 4/2/2025 5:41:34 PM | SENT |
| Becky Young | | Becky.Young@gtlaw.com | 4/2/2025 5:41:34 PM | SENT |
| Madeline Gay | | mgay@beckredden.com | 4/2/2025 5:41:34 PM | SENT |
| Business Court 11A | | BCDivision11A@txcourts.gov | 4/2/2025 5:41:34 PM | SENT |
| Liz Poirrier | | epoirrier@beckredden.com | 4/2/2025 5:41:34 PM | SENT |
| Vanessa Gilmore | | vg@robertsmarkland.com | 4/2/2025 5:41:34 PM | SENT |

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 99212593
Filing Code Description: No Fee Documents
Filing Description:
Status as of 4/3/2025 7:09 AM CST

Case Contacts

| | | | | |
|---|---|---|---|---|
| Vanessa Gilmore | | vg@robertsmarkland.com | 4/2/2025 5:41:34 PM | SENT |
| Liz Poirrier | | epoirrier@beckredden.com | 4/2/2025 5:41:34 PM | SENT |
| Steven Higginbotham | | higginbothams@gtlaw.com | 4/2/2025 5:41:34 PM | SENT |